UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

JOHNNY B. BECK, III,                          )
                         Plaintiff,           )
                                              )        **JUDGMENT IN A CIVIL CASE**
         v.                                   )
                                              )        **CASE NO. 7:15-CV-80-D**
CAROLYN W. COLVIN, Acting Commissioner        )
of Social Security,                           )
                         Defendant.           )

**Decision by Court.**

This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that plaintiff's objections to the M&R [D.E. 35] are OVERRULED, plaintiff's motion for judgment on the pleadings [D.E. 25] is DENIED, defendant's motion for judgment on the pleadings [D.E. 31] is GRANTED, defendant's final decision is AFFIRMED, and this action is DISMISSED.

**This Judgment Filed and Entered on June 9, 2016, and Copies To:**

Laurie Lynn Janus                              (via CM/ECF Notice of Electronic Filing)

Mary Ellen Russell                             (via CM/ECF Notice of Electronic Filing)

DATE:                                 JULIE RICHARDS JOHNSTON, CLERK

June 9, 2016                    (By) /s/ Nicole Briggeman_____

                                      Deputy Clerk